**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shelton PURDUE, a.k.a. Shelton M. Perdue, Defendant–Appellant.**

No. 08–16006
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 29, 2009.

Chet Kaufman, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

---

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Randolph Murrell, appointed counsel for Shelton Purdue, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the decision of the district court is **AFFIRMED.**